**John W. HATTON, Jr., Appellant,**

v.

**Edgar RICHARDS, Appellee.**

Court of Appeals of Kentucky.

Nov. 18, 1960.

Rehearing Denied Jan. 27, 1961.

M. C. Redwine, Redwine & Redwine, Winchester, for appellant.

Michael A. Rowady, H. T. Lisle, Winchester, for appellee.

PER CURIAM.

This is a motion for an appeal from a judgment which denied John W. Hatton, Jr., the right to recover from Edgar Richards a one-twelfth undivided interest in realty.

We have carefully considered the record and we find no errors therein prejudicial to the substantial rights of Hatton, appellant herein.

Wherefore, the motion for an appeal is overruled and the judgment is affirmed.